UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 09 CR 186-1 |
| | ) | |
| CALVIN BOENDER | ) | Hon. Robert M. Dow, Jr. |

## **PROTECTIVE ORDER**

Upon consideration of the *in camera* proceedings held on March 2, 2010, and by agreement of the parties, it is hereby ORDERED as follows:

1. The Court finds that good cause has been established to restrict one or more documents pursuant to Local Rule 26.2.

2. The transcript of *in camera* proceedings held on March 2, 2010, shall be restricted pursuant to Local Rule 26.2 and this Order.

3. Counsel for the government, defendant and his counsel shall not disclose any materials subject to this Order to any person, either directly or indirectly, for the duration of this Order unless specifically authorized by Court order.

4. The parties may reference information subject to this Order in documents submitted to the Court. However, any submission to the Court concerning or containing information subject to this Order shall, during the time period covered by this Order, be filed under seal and as a restricted document under Local Rule 26.2.

5. No person, other than the Court, counsel for the government, defendant and counsel for the defendant, shall have access to documents restricted pursuant to this Order, without further order of court. Any documents restricted pursuant to this Order shall remain restricted until the conclusion of the district court proceedings in this case unless otherwise ordered by the Court.

SO ORDERED.

ROBERT M. DOW, JR.
United States District Court Judge

Date: March 5, 2010